

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.

Appellate case number:   01-21-00455-CV

Trial court case number: 2020-63081

Trial court:             127th District Court of Harris County

Appellant FMC Technologies, Inc.'s Motion to Enforce Seal as to Portions of the Appellate Record is **granted.** The sealed materials in the appellate record will remain sealed for the pendency of this appeal.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: <u>December 16, 2021</u>